# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Hanley Industries, Inc. )
) ASBCA No. 58198
Under Contract Nos. N00104-03-C-K101 )
N00104-04-C-K053 )
N00104-04-C-K063 )

APPEARANCE FOR THE APPELLANT: Ryan K. Manger, Esq
Manger Law, LLC
St. Louis, MO

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Abram D. Burnett, III, Esq.
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 28 March 2017

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58198, Appeal of Hanley Industries, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals